```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT NORTHERN INSURANCE          :
COMPANY,                          :      20-CV-10419 (CM) (RWL)
                     Plaintiff,   :
                                  :
          - against -             :      ORDER
                                  :
JACKSON WWS, INC., et al.,        :
                                  :
                     Defendants.  :
                                  :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the conference held on October 12, 2021, the parties shall submit a revised joint proposed case management and scheduling order by **November 3, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2021
       New York, New York

Copies transmitted this date to all counsel of record.