```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT NORTHERN INSURANCE           :
COMPANY,                           :       20-CV-10419 (CM) (RWL)
                    Plaintiff,     :
                                   :
        - against -                :       ORDER
                                   :
JACKSON WWS, INC., et al.,         :
                                   :
                    Defendants.    :
                                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 23, 2022, a Case Management Plan and Scheduling Order was issued in this case requiring the parties to submit a joint status letter every 60 days. (Dkt. 36.) The first of these status letters was due on May 23, 2022, but to date no status letter has been filed. By **June 8, 2022**, the parties shall file a joint status letter and shall continue to file a joint status letter every 60 days thereafter.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1